NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVANT ASSESSMENT, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-2054

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01185-EHM, Judge Edward H. Meyers.

---

**JUDGMENT**

---

DIRK DENSFORD HAIRE, Burr & Forman LLP, Washington, DC, argued for plaintiff-appellant. Also represented by MICHAEL JOHN BREWER.

WILLIAM PORTER RAYEL, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2025
Date

Jarrett B. Perlow
Clerk of Court